UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-CR-00160-01-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JOSE MILLAN, | |
| Defendant. | |

On May 2, 2016, Defendant Jose Millan filed, in pro per, a motion for modification of his sentence under 18 U.S.C. § 3582(c)(2). (ECF No. 46.) Specifically, Defendant argues the retroactive post-sentencing reduction of his base offense level justifies a reduction of his sentence.

On July 26, 2016, the Office of the Federal Defender filed a notice stating it "will not file a supplement to defendant's pro se motion[.]" (ECF No. 48.)

The government shall file a written response to Defendant's motion within thirty (30) days of the date on which this Order is filed.

Dated: July 28, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

1